In the Matter of the Wills of MIRIAM C. LEVY, Deceased. WINNIFRED Z. GLUCKSMAN, Appellant; CARMEN S. BERN-HEIM et al., Respondents.

Argued May 27, 1941; decided June 19, 1941.

*Harold H. Levin* for appellant.

*Sidney M. Wittner* for Carmen S. Bernheim, respondent.

*Charles J. Katzenstein* for Lisa M. D'Azevedo, respondent.

Order affirmed, with costs to the respondents payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.